IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLYN THEURER,<br>　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA,<br>　　　　Defendant. | :<br>:<br>:<br>:　Civ. No. 18-1803<br>:<br>:<br>: |

## ORDER

AND NOW, this 10th day of August, 2018, it having been reported that the issues between the Parties in the above action have been settled (Ex. A) and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that the above action is **DISMISSED with prejudice**, pursuant to agreement of counsel without costs.

AND IT IS SO ORDERED.

_/s/ Paul S. Diamond_
Paul S. Diamond, J.





*America's trusted disability insurance lawyers*

August 9, 2018

The Chambers of the Honorable Paul S. Diamond
James A. Bryne U.S. Courthouse
601 Market Street, Room 14614
Philadelphia, PA 19106-1743
**VIA USPS FIRST CLASS MAIL**

RE:   Carolyn Theurer v. Life Insurance Company of North America (LINA)
       Civil Action No. 18-1803

## NOTIFICATION OF SETTLEMENT

**REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO LOCAL RULE 41.1(B)**

Dear Honorable Judge Diamond,

   The parties are pleased to inform Your Honor that Plaintiff, Carolyn Theurer, and Defendant, Life Insurance Company of North America, were able to reach an amicable resolution to this civil action by way of informal settlement discussions. As such, Plaintiff respectfully request that Your Honor dismiss this matter with prejudice pursuant to Local Rule 41.1(B). Thank you kindly for Your Honor's time and attention to this matter.

                                          Respectfully submitted,
                                          ABELL & CAPITAN LAW


                                          Joe Capitan, Esq.

*cc:* Attorney Caitlin P. Strauss, counsel for Defendant LINA (via email)